## (April 20, 1984)

■ In the Matter of RONALD BOCCIO, Petitioner, v EUGENE S. LeFEVRE, as Superintendent of Clinton Correctional Facility, et al., Respondents. — Motion for order compelling respondents to credit petitioner with jail time, treated as an application, pursuant to CPLR 5704 (subd [a]), to review an order of Supreme Court at Special Term, which denied petitioner's application for an order to show cause to commence a proceeding against respondents pursuant to CPLR article 78. Application denied (see *Matter of King v Gregorie,* 90 AD2d 922, mot for lv to app dsmd 58 NY2d 822). Main, J. P., Casey, Weiss, Mikoll and Yesawich, Jr., JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. OSCAR A. ARROYO, Petitioner, v EUGENE S. LeFEVRE, as Superintendent of the Clinton Correctional Facility, et al., Respondents. — Application, pursuant to CPLR 7002 (subd [b], par 2) for writ of habeas corpus denied (*People ex rel. Frazier v Coombe,* 87 AD2d 904). Mahoney, P. J., Mikoll, Yesawich, Jr., Levine and Harvey, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM McKEE, SR., Petitioner, v EUGENE S. LeFEVRE, as Superintendent of Clinton Correctional Facility, Respondent. — Application, pursuant to CPLR 7002 (subd [b], par 2) for writ of habeas corpus denied, upon the ground that there is no basis to depart from traditional orderly procedure by resort to habeas corpus during the pendency of a direct appeal from a judgment of conviction (*People ex rel. Keitt v McMann,* 18 NY2d 257). Kane, J. P., Main, Casey, Levine and Harvey, JJ., concur.